NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAWN SHIPLEY-JOHNSON,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**UNITED STATES POSTAL SERVICE,**
*Intervenor.*

---

2010-3155

---

Petition for review of the Merit Systems Protection Board in case no. NY4324100135-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the motions to reform the official caption to designate the Merit Systems Protection Board as the respondent and to permit the United States Postal Service to intervene,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

SEP 1 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Dawn Shipley-Johnson, Esq.
    Armando A. Rodriguez-Feo, Esq.
    B. Chad Bungard, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 6 2010

JAN HORBALY
CLERK